IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01523-PAB-MJW

ROBERT W. SANCHEZ,

Plaintiff,

v.

MEGAN J. BRENNAN, *Postmaster General, U.S. Postal Service*,

Defendant.

## ORDER SETTING STATUS CONFERENCE
## FOR
## PRO SE PLAINTIFF

**Michael J. Watanabe**
**United States Magistrate Judge**

The above-captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to Order Referring Case entered by Judge Philip A. Brimmer on July 22, 2015.  (Docket No. 10.)

**IT IS HEREBY ORDERED** that a Status Conference shall be held on:

> September 14, 2015, at 2:00 p.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>

**IT IS FURTHER ORDERED** that Plaintiff shall notify Defendant of the date and time of the Status Conference.

**IT IS FURTHER ORDERED** that Plaintiff shall **forthwith** serve Defendant with service of process consistent with Federal Rule of Civil Procedure 4.

**IT IS FURTHER ORDERED** that at the Status Conference Plaintiff shall:

1. Provide written proof of service of process on Defendant **or** show cause why this case should not be dismissed for lack of service of process and/or failure to prosecute;

2. Inform this court on whether you intend to retain legal counsel. If you intend to retain legal counsel, then you shall be prepared to inform this court, on the record, of what efforts you have made to retain legal counsel; and,

3. Become familiar with the following Rules: (a) the Federal Rules of Civil Procedure, (b) the United States District Court for the District of Colorado Local Rules of Practice, and (c) the Federal Rules of Evidence. These sets of rules shall apply in this case.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. See D.C.COLO.LCivR 83.2. Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

Done and signed this 23rd day of July, 2015.

BY THE COURT:

*s/Michael J. Watanabe*
MICHAEL J. WATANABE
United States Magistrate Judge