IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01523-PAB-MJW

ROBERT W. SANCHEZ,

Plaintiff,

v.

MEGAN J. BRENNAN, *Postmaster General, U.S. Postal Service*,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Request [for] Date Change for Status Conference (Docket No. 18) is GRANTED.  The Status Conference set for September 14, 2015, at 2:00 p.m. is VACATED and RE-SET for September 17, 2015, at 9:00 a.m.

Date: August 7, 2015