IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01523-MJW

ROBERT W. SANCHEZ,

Plaintiff,

v.

MEGAN J. BRENNAN, *Postmaster General, U.S. Postal Service*,

Defendant.

# MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion to Request Leave of the Court (Docket No. 36) is DENIED WITHOUT PREJUDICE.  The Court cannot rule on a motion for leave to amend pleadings without seeing a copy of the proposed amended pleading.  *See* D.C.COLO.LCivR 15.1.  In order to properly move for leave to amend, Plaintiff must file a motion asking for leave, *attaching a copy of the proposed amended pleading as an exhibit*.

     Because this motion is denied without prejudice, Plaintiff may re-file a properly supported motion.

Date: November 20, 2015