IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01523-MJW

ROBERT W. SANCHEZ,

Plaintiff,

v.

MEGAN J. BRENNAN, *Postmaster General, U.S. Postal Service*,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- **Plaintiff's Objection and Motion to Strike Answer Statements by Opposing Counsel (Docket No. 46) is DENIED**.  On September 28, 2015 – the deadline ordered by the Court – Defendant timely filed a motion to dismiss in lieu of an answer.  (Docket Nos. 22, 24.)  Following the Court's resolution of that motion (Docket No. 35), Defendant filed an answer within two weeks (Docket No. 43).  By operation of Federal Rule of Civil Procedure 12(a)(4)(A), Defendant timely answered the Complaint.

- **Plaintiff's Objection and Motion to Strike Answer Statements by Opposing Counsel (Docket No. 47) is DENIED AS MOOT and/or DUPLICATIVE**.  To the extent this motion seeks any relief from the Court, that relief is duplicative of the motion at Docket No. 46 and is therefore denied as moot.  To the extent this filing seeks to state for the record Plaintiff's response to the Answers (Docket Nos. 43 & 44), it has been filed and noted.

Date: November 27, 2015