**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01523-MJW

ROBERT W. SANCHEZ,

    Plaintiff,

v.

MEGAN J. BRENNAN, POSTMASTER GENERAL, U.S. POSTAL SERVICE,

    Defendant.

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 54(b), the following Judgment is hereby entered.

Pursuant to the Order Document #65 of Magistrate Judge Michael J. Watanabe entered on February 23, 2016 it is

ORDERED that, Intervenor's Motion for Partial Summary Judgment filed 1/21/2016, [53], is denied as moot. It is

FURTHER ORDERED that, final judgment shall enter against Plaintiff Robert W. Sanchez and in favor of Intervenor Pittman Class (through Class Counsel John Mosby), as to any claim that can be construed as raising a challenge to the Pittman Class Action. Each party shall pay its own costs and fees.

Dated at Denver, Colorado this 23rd day of February, 2016.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

By: s/  S. Libid
　　　　―――――――――――
　　　　S. Libid
　　　　Deputy Clerk