IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01523-MJW

ROBERT W. SANCHEZ,

Plaintiff,

v.

MEGAN J. BRENNAN, *Postmaster General, U.S. Postal Service*,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Request for Reconsideration (Docket No. 72) is DENIED.

    The order and judgment entered on February 23, 2016 (Docket No. 65 & 66) fairly reflect the intent of the parties. To the extent Plaintiff believes otherwise, it is because Plaintiff misinterprets the effect of the judgment. Plaintiff states, for example, that the judgment is "way too broad, and that it would encompass [*i.e., preclude*] any usage of the term Pittman class action." This is not true; nothing precludes Plaintiff from using the term. The judgment simply allows the Pittman class to exit this lawsuit, because Plaintiff never intended to bring them into it.

    Accordingly, the motion is denied as groundless.

Date: March 7, 2016