IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01523-MJW

ROBERT W. SANCHEZ,

Plaintiff,

v.

MEGAN J. BRENNAN, *Postmaster General, U.S. Postal Service*,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that Defendant's Motion for Protective Order (docket no. 67) is GRANTED  finding good cause shown and for those additional reasons as outlined in the subject motion (docket no. 67) which this court incorporates by reference.  The written Protective Order (docket no. 67-1) is APPROVED as amended in paragraphs 4, 7, 8, 9, 10, and 12 and made an Order of Court.

Date: March 15, 2016