**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01523-MJW

ROBERT W. SANCHEZ,

    Plaintiff,

v.

MEGAN J. BRENNAN, Postmaster General, U.S. Postal Service,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Magistrate Judge Michael J. Watanabe entered on April 11, 2016  it is

ORDERED that, Defendant's Partial Motion to Dismiss Amended Complaint motion to dismiss filed 3/07/2016, [75], is granted.  It is

FURTHER ORDERED that, Plaintiff's claims are therefore DISMISSED WITH PREJUDICE under Fed.R. Civ. P. 12(b)(6) to the extent they are based on retaliation or racial/national-origin discrimination.

FURTHER ORDERED that, Plaintiff's claims are *sua sponte* DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 12(b)(1) to the extent they are based on disability discrimination.

FURTHER ORDERED that, final judgment enter in favor of Defendant Megan J. Brennan and against Plaintiff Robert W. Sanchez.

Dated at Denver, Colorado this 12th day of April, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   S. Libid

S. Libid, Deputy Clerk